IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARNOLD VARGAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMBAT BRANDS LLC dba RINGSIDE,<br><br>　　　　　Defendant. | Civil Action No. 1:20-cv-10619 |

## NOTICE OF SETTLEMENT

Plaintiff Arnold Vargas, by and through his undersigned counsel, hereby advises this Honorable Court he has reached an agreement in principle with Defendant Combat Brands LLC dba Ringside. The parties are finalizing settlement documents and expect to file a notice of dismissal within thirty (30) days.

Dated: July 30, 2020　　　　　　　　　BLOCK & LEVITON LLP

　　　　　　　　　　　　　　　　　　　By:  */s/ Jason M. Leviton*
　　　　　　　　　　　　　　　　　　　Jason M. Leviton, Esq.
　　　　　　　　　　　　　　　　　　　260 Franklin Street, Suite 1860
　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　Telephone: (617) 398-5600
　　　　　　　　　　　　　　　　　　　Jason@blockesq.com


　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 30th day of July, 2020.

*/s/ Jason M. Leviton*
Jason M. Leviton