IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARNOLD VARGAS,<br><br>Plaintiff,<br><br>v.<br><br>COMBAT BRANDS LLC dba RINGSIDE,<br><br>Defendant. | Civil Action No. 1:20-cv-10619 |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1. Whereas Plaintiff Arnold Vargas filed the above-referenced case against Defendant Combat Brands, LLC dba Ringside on March 27, 2020.

2. Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks dismissal of the complaint with prejudice.

Dated: August 24, 2020

BLOCK & LEVITON LLP

By:   /s/ Jason Leviton
Jason M. Leviton, Esq.
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Jason@blockesq.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 24th day of August, 2020.

                                                             */s/ Jason Leviton*
                                                             Jason M. Leviton